UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO HERNANDEZ,

          Plaintiff,

    – against –

DESIGNER BRANDS, INC. *d/b/a* DSW
DESIGNER SHOE WAREHOUSE,

          Defendant.

**ORDER**

24 Civ. 7558 (ER)

Ramos, D.J.:

Hernandez brought this action on October 4, 2024.  Doc. 1.  On October 7, 2024, electronic summons issued, Doc. 4, and on October 23, 2024, Hernandez filed an affidavit of service, Doc. 5.  On January 14, 2025, Hernandez filed a proposed Clerk's Certificate of Default, Doc. 9, and on January 15, 2025, the Clerk's Certificate of Default was entered, Doc. 10.  Over a year has passed with no further activity in the case.

Hernandez is directed to submit a status report by February 20, 2026.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    February 13, 2026
          New York, New York

                                    EDGARDO RAMOS, U.S.D.J.